Case 7:23-cv-00280  Document 18  Filed on 07/29/25 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| XOCHITL Z GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-280 |
| | § | |
| MARTIN O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Xochitl Z. Gonzalez's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 17 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Magistrate Judge, is of the opinion that Defendant's Motion for Summary Judgment is GRANTED, that Plaintiff's Motion for Summary Judgment is DENIED, that the Commissioner's decision is AFFIRMED, and that this case be **DISMISSED**.

The Clerk shall send a copy of this Order to the counsel for the parties.

SO ORDERED July 29, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge